IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUSAN R MAYBERRY | § | CASE NO. 10-00943-JDG |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE JAMES D. GREGG |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

    USAA
    P. O. Box 829009
    Dallas, Texas 75382-9009

    Respectfully submitted,
    Brice, Vander Linden & Wernick, P.C.

    /s/ Joe M. Lozano, Jr.
    _____

    Joe M. Lozano, Jr.

    F# 7175-N-6308
    9441 LBJ Freeway, Suite 350
    Dallas, Texas  75243
    (972) 643-6600 / (972) 643-6698 (Telecopier)
    E-mail Address: notice@bkcylaw.com
    Authorized Agent for USAA

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before February 17, 2010:

**Debtors' Attorney**
Roger G. Cotner
Cotner Law Office
220 Franklin Avenue P.O. Box 838
Grand Haven, MI  49417-0838

**Chapter 7 Trustee**
Jeff Moyer
Post Office Box 337
Grandville, Michigan 49468-0337

**U.S. Trustee**
Habbo Fokkena
125 Ottawa NW, Suite 200R : The Ledyard Build
Grand Rapids, Michigan 49503

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

7175-N-6308
noaelect